IH-32                                                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

STEVEN DALEY, individually and on
behalf of all others similarly situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-06665-LJL |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK a/k/a COLUMBIA UNIVERSITY | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

JOSEPH QUINTERO, individually and on
behalf of others similarly situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-05541-PKC |
| TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK | |
| Defendant | |

IH-32                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

|  | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
|---|---|---|
| ✔ | Open | (If so, set forth procedural status and summarize any court rulings.) |

Complaint was filed on July 3, 2025.
Motion for Extension of Time to Answer filed July 31, 2025 - Order granting Motion filed August 4, 2025.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

These cases are based on the same claims and data breach that occurred on June 24, 2025 against the Defendant.

Signature: /s/ Annie E. Causey                    Date: 08/14/2025

Firm:      Woods Lonergan PLLC

IH-32                                                                                          Rev: 2014-1

# United States District Court
### for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

STEVEN DALEY, individually and on
behalf of all others similarly situated

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:25-cv-06665-LJL |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK a/k/a COLUMBIA UNIVERSITY | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

JOSEPH QUINTERO, individually and on
behalf of others similarly situated

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:25-cv-05541-PKC |
| TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK | |
| Defendant | |

IH-32                                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

| | | |
|---|---|---|
| ☑ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| ☑ | Open | (If so, set forth procedural status and summarize any court rulings.) |

Complaint was filed on July 3, 2025.
Motion for Extension of Time to Answer filed July 31, 2025 - Order granting Motion filed August 4, 2025.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

These cases are based on the same claims and data breach that occurred on June 24, 2025 against the Defendant.

Signature: /s/ Annie E. Causey                    Date: 08/14/2025

Firm: Woods Lonergan PLLC

IH-32                                                                                                 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

STEVEN DALEY, individually and on
behalf of all others similarly situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-06665-LJL |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK a/k/a COLUMBIA UNIVERSITY | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

JOSEPH QUINTERO, individually and on
behalf of others similarly situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-05541-PKC |
| TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK | |
| Defendant | |

IH-32                                                                     Rev: 2014-1

Status of Earlier Filed Case:

☑  Closed      (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑  Open        (If so, set forth procedural status and summarize any court rulings.)

Complaint was filed on July 3, 2025.
Motion for Extension of Time to Answer filed July 31, 2025 - Order granting Motion filed August 4, 2025.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

These cases are based on the same claims and data breach that occurred on June 24, 2025 against the Defendant.

Signature: /s/ Annie E. Causey        Date: 08/14/2025

Firm:      Woods Lonergan PLLC

IH-32                                                                 Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

Full Caption of Later Filed Case:

STEVEN DALEY, individually and on
behalf of all others similarly situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-06665-LJL |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK a/k/a COLUMBIA UNIVERSITY | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

JOSEPH QUINTERO, individually and on
behalf of others similarly situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-05541-PKC |
| TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK | |
| Defendant | |

IH-32                                                                                        Rev: 2014-1

Status of Earlier Filed Case:

| | | |
|---|---|---|
| ✔ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| ✔ | Open | (If so, set forth procedural status and summarize any court rulings.) |

Complaint was filed on July 3, 2025.
Motion for Extension of Time to Answer filed July 31, 2025 - Order granting Motion filed August 4, 2025.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

These cases are based on the same claims and data breach that occurred on June 24, 2025 against the Defendant.

Signature: /s/ Annie E. Causey                         Date: 08/14/2025

Firm:        Woods Lonergan PLLC

IH-32                                                        Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

Full Caption of Later Filed Case:

STEVEN DALEY, individually and on
behalf of all others similarly situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-06665-LJL |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK a/k/a COLUMBIA UNIVERSITY | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

JOSEPH QUINTERO, individually and on
behalf of others similarly situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-05541-PKC |
| TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK | |
| Defendant | |

IH-32                                                                                      Rev: 2014-1

Status of Earlier Filed Case:

☑  Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑  Open            (If so, set forth procedural status and summarize any court rulings.)

Complaint was filed on July 3, 2025.
Motion for Extension of Time to Answer filed July 31, 2025 - Order granting Motion filed August 4, 2025.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

These cases are based on the same claims and data breach that occurred on June 24, 2025 against the Defendant.

Signature: /s/ Annie E. Causey          Date: 08/14/2025

Firm: Woods Lonergan PLLC