**Debevoise
& Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

James J. Pastore
Partner
jjpastore@debevoise.com
+1 212 909 6793

September 23, 2025

*The Clerk is respectfully requested to terminate the letter motion (ECF 14) as moot.*

*SO ORDERED*
*[signature]*
*MKV USDJ*
*9-30-25*

BY ECF

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Steven Daley v. Trustees of Columbia University in the City of New York
1:25-cv-06665-MKV**

Dear Judge Vyskocil:

      We represent Defendant Trustees of Columbia University in the City of New York ("Columbia") in the above-referenced matter, and write pursuant to Rule 2(B) of Your Honor's Individual Rules of Practice in Civil Cases to request that the above-captioned case be related to *Joseph Quintero, et al. v. Trustees of Columbia University in the City of New York*, 1:25-cv-5541 (PKC). Plaintiff's counsel consents to this request.

      In connection with this request, we note the following:

- Local Civil Rule 1.6 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York requires that "each attorney appearing in a case must bring to the attention of the court potentially related cases, to the extent required by the Division of Business Rules in the district where the case was filed";

- Rule 13(a) of the Rules for the Division of Business Among District Judges, Southern District of New York outlines four considerations to determine relatedness of a civil case: "(A) the actions concern the same or substantially similar parties, property, transactions, or events; (B) there is substantial factual overlap; (C) the parties could be subjected to conflicting orders; and (D) whether absent a determination of relatedness there would be a substantial duplication of effort and expense, delay, or undue burden on the court, parties, or witnesses";

- The above-captioned case (the "*Daley* action") and an earlier-filed case, *Joseph Quintero, et al. v. Trustees of Columbia University in the City of New York*, 1:25-cv-05541 (PKC) (the "*Quintero* action"), both arise out of the same June 24, 2025 cyber-attack on Columbia;

- Both the *Daley* action and the *Quintero* action are putative class actions;

- The *Daley* action and the *Quintero* action allege nearly identical claims against the same defendant and seek similar relief;

- The *Daley* action and the *Quintero* action are at the same stage of litigation as Columbia has yet to respond to the complaint in either action;

- The *Quintero* action has a lower docket number than the *Daley* action;

- The parties agree that the *Daley* action and the *Quintero* action involve common questions of law and fact and, in the interests of justice and efficiency, should be related.

Respectfully submitted,

/s/ *James J. Pastore, Jr.*

James J. Pastore, Jr.

cc: All Counsel of Record (via ECF)